# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:13-CV-00502-RJC-DSC

| | | |
|---|---|---|
| KONA ICE, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEREMY BRYAN HUNT D/B/A | ) | |
| KAHUNA ICE, | | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court following its July 25, 2014 "Order," (document #25). In that Order, the Court ordered Defendant to pay Plaintiff the reasonable attorneys' fees and costs incurred in obtaining that Order and directed that such amounts would be determined by the Court after reviewing an affidavit submitted by Plaintiff's counsel. Plaintiff's "Submission of Declaration," (document #26) including the "Declaration of Brett A. Schatz" was filed on July 28, 2014. The Court has carefully reviewed the Declaration and orders that reasonable attorneys' fees and costs be allowed in the amount of $1,750.00.

**NOW IT IS HEREBY ORDERED** that:

1. On or before September 1, 2014, Defendant shall pay directly to Plainiff's counsel the sum of $1,750.00 representing the reasonable attorneys' fees and costs incurred in filing "Plaintiff Kona Ice's Motion to Compel" (document #23).

2. The Clerk is directed to send copies of this Order to the <u>pro se</u> Defendant, to Plaintiff's counsel, <u>and to the Honorable</u> Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: August 4, 2014

David S. Cayer
United States Magistrate Judge